[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 50.]

**BLOOM, APPELLANT, *v*. STEVENS, APPELLEE.**

**[Cite as *Bloom v. Stevens*, 1998-Ohio-364.]**

(Nos. 97-2486 and 98-151—Submitted April 21, 1998—Decided May 20, 1998.)

APPEAL from and CERTIFIED by the Court of Appeals for Ashland County, No. 97COA01207.

———————————

*Richland County Legal Services* and *Victoria T. Bartels*, for appellant.

*Howard W. Glick*, for appellee.

———————————

***Per Curiam.***

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State ex rel. Asberry v. Payne* (1998), 82 Ohio St.3d 44, 693 N.E.2d 794, decided today, and the cause is remanded to the trial court.

*Judgment reversed*
*and cause remanded.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————